IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLIE WALLACE | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-3174 |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security | : | |

**FILED**
JUN 15 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

**ORDER**

**AND NOW**, this 10th day of June, 2015, upon consideration of "Plaintiff's Response Brief," (Doc. 11) and "Defendant's Response to Plaintiff's Request for Review" (Doc. 12), and the Report and Recommendation filed by Magistrate Judge Elizabeth T. Hey, and after careful and independent consideration, I conclude that the record reveals that the Commissioner's decision is supported by substantial evidence and legally sufficient. Therefore, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**;

2. The final decision of the Commissioner is **AFFIRMED**;

3. The relief requested by the plaintiff is **DENIED**; and

4. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

/s/ J. William Ditter, Jr.
WILLIAM DITTER, JR, S.J.

6-15-15
cc: J. Hey